United States District Court
Southern District of Texas
**ENTERED**
March 25, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LESLIE JAMES TARANTO, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-19-1320 |
| UNITED STATES OF AMERICA, | § § | |
| Defendant. | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed *de novo* the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 19) dated March 4, 2020, and the objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

The Clerk shall send copies of this Order to all parties.

**SIGNED** in Houston, Texas, this 25th day of March, 2020.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE