UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LESLIE TARANTO, | § | |
| | § | CIVIL ACTION NO. |
| Plaintiff, | § | |
| v. | § | H:19-CV-1320 |
| | §§ | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

NOW COME, Plaintiff Leslie Taranto and Defendant United States of America, by and through their respective undersigned counsel, and provided notice to the Court that the parties have reached a settlement, and are now in the process of finalizing the settlement documents and arranging for payment to the plaintiff.

Executed this 18th day of August, 2020.

Husein Hadi
Carnegie Harvard Mims, III
The Hadi Law Firm, PLLC
7100 Regency Blvd., Ste. 140
Houston, Texas   77036
(713) 832-433-7977
Email: litigation@thehadilawfirm.com
Attorneys for Plaintiff, Leslie Taranto

Executed this 18th day of August, 2020.

/s/ Fred T. Hinrichs

FRED T. HINRICHS
Assistant U.S. Attorney
1000 Louisiana, Suite 2300
Houston, Texas   77002
(713) 567-9529
(713) 718-3303 (Fax)
Email: Fred.Hinrichs@usdoj.gov
Attorney for Defendant, United States

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing pleading was electronically served through the court's ECM/CF system on this __18th__ August, 2020, to the following:

Husein Had
Carnegie Harvard Mims, III
The Hadi Law Firm, PLLC
7100 Regency Square Blvd., Ste. 140
Houston, Texas   77036

/s/ Fred T. Hinrichs
_____
FRED T. HINRICHS
Assistant U.S. Attorney